**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shannon Williams and Ray Stephens, Defendants,

Of whom Shannon Williams is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-001203

―――――――――――

Appeal From Spartanburg County
James G. McGee, III, Family Court Judge

―――――――――――

Unpublished Opinion No. 2022-UP-145
Submitted March 17, 2022 – Filed March 18, 2022

―――――――――――

**AFFIRMED**

―――――――――――

Timothy C. Edwards, of Charleston, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Jamia Diann Foster, of Law Office of Jamia D. Foster LLC, of Spartanburg, as the Guardian ad Litem.

**PER CURIAM:** Shannon Williams appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Williams's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.